# Court of Appeals
# of the State of Georgia

ATLANTA, October 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0094. SHARA KENNEDY v. JAREL BILLUPS.**

Shara Kennedy sued her neighbor, Jarel Billups, and in 2022, the trial court directed her to pay Billups' attorney fees of $3,562.50. Kennedy did not pay as directed, and Billups filed a motion for contempt. On September 26, 2023, the trial court granted the contempt motion and entered an order finding Kennedy in willful contempt for failing to pay. In doing so, the court ordered Kennedy to be incarcerated until she paid the $3,562.50 purge amount; it also imposed $2,962.50 in additional attorney fees under OCGA § 9-15-14 (b). From that order, proceeding pro se, Kennedy filed a timely discretionary application.

The trial court's contempt order is directly appealable under OCGA § 5-6-34 (a) (2). See *Harrell v. Fed. Nat. Payables, Inc.*, 284 Ga. App. 395, 397 (1) (643 SE2d 875) (2007) ("[T]his court has jurisdiction to hear appeals filed after punishment is imposed pursuant to a contempt order.")

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Kennedy shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court is

DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*

*C l e r k ' s    O f f i c e ,*

*Atlanta,__10/18/2023_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*